UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FELICIA GAYDEN,

    Plaintiff,

v.

GILLAN GRAPHICS AND AWARDS, INC.,

    Defendant.

Case No. 08-cv-105-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**KEENAN G. CASADY, CLERK**

**Dated: February 6, 2009**       **s/Brenda K. Lowe**
                                                        **Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**